664 A.2d 1354

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Dennis Joseph AUSTIN.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1995.

Decided Oct. 11, 1995.

James K. Vogel, William R. Cunningham, Joseph P. Conti, Erie, for Commonwealth.

Michelle Hawk Kelley, Erie, for Dennis Austin.

Dennis Joseph Austin, Pro Se.

Joseph P. Burt, Erie, for Dennis Austin.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.